UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Blondell G. Turner, Robert O. Turner<br>              Debtor<br>Blondell G. Turner<br>              Co-Debtor<br>SN Servicing Corporation as servicer<br>for U.S. Bank Trust National<br>Association as Trustee of the Bungalow<br>Series IV Trust<br>v.<br><br>Blondell G. Turner, Robert O. Turner<br>Scott F. Waterman - Bankruptcy<br>Trustee<br>              Respondents | CASE NO.: 23-10467-amc<br><br>CHAPTER 13<br><br>Judge:  Ashely M. Chan<br><br>Hearing Date:<br>September 13, 2023 at 11:00 AM<br><br>Objection Deadline:<br>September 5, 2023 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust (on behalf of itself and together with any successor and/or assign, "Movant") hereby moves this Court for an Order (i) pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 2632 Lamott Avenue, Willow Grove, PA 19090; vacating the co-debtor stay in effect pursuant to 11 U.S.C. § 1301(a) and (ii) for such other and further relief as is just and proper. In support of this Motion, Movant respectfully states:

1. Movant is the holder of a Note executed by Robert Turner dated March 9, 2007, whereby the Debtor promised to repay $222,500.00 plus interest to Wilmington Finance Inc. (the "Original Lender"). To secure the repayment of the Note, Robert Turner and Blondell G. Turner executed a Mortgage in favor of Mortgage Electronic Registration Systems, Inc. as nominee for Wilmington Finance Inc. , encumbering the Property commonly known as 2632 Lamott Avenue,

Willow Grove, PA 19090, which Mortgage was recorded in the Official records of Montgomery County at Book 12068, Page 00166 (hereinafter "Mortgage"). Other than liens with statutory priority, Movant's mortgage is in second lien position. The Debtor entered into a Loan Modification Agreement, dated November 1, 2019, which created a new principal balance of $256,879.55. The Mortgage was ultimately assigned to Movant by an Assignment of Mortgage. A copy of the Note, Mortgage, Loan Modification, and Assignments of Mortgage are attached hereto as **Exhibit A**.

2. The Petition under Chapter 13 of the United States Bankruptcy Code was filed by the Debtor Blondell G. Turner, Robert O. Turner on February 17, 2023.

3. This Court has jurisdiction over this case and this motion pursuant to 28 U.S.C. §§ 157 and 1334.

4. Venue of this case and this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The Debtor has failed to make current mortgage payments due under the terms of the Loan. As a result, the Loan remains post-petition due for June 1, 2023, and each subsequent payment thereafter.

6. Pursuant to 11 U.S.C. § 362(d)(1), the court shall enter an order granting a secured creditor relief from the automatic stay for cause "including the lack of adequate protection of an interest in property of such party and interest."

7. Specifically, courts have found cause for the granting of relief from an automatic stay where the debtor has failed to make post-petition mortgage payments as they become due. *In Re Taylor*, 151 B.R. 646, 648 (Bankr. E.D.N.Y. 1993).

8. Relief pursuant to 11 U.S.C. § 362(d)(2) is also appropriate due to the lack of equity

in the Property. The Debtor's outstanding amount of the obligations to Movant, less any partial payments or suspense balance, is approximately $294,882.00 as of August 2, 2023.

9. According to the Debtor's Schedule A/B, the Property has a value of $253,191.00. Thus, by the Debtor's own admission, there is no equity remaining in the Property, and it is not necessary for effective reorganization of the Debtor. A copy of the Debtor's Schedule A/B is annexed hereto as **Exhibit B**.

10. Movant will be irreparably injured by continuation of the co-debtor stay imposed under 11 U.S.C. § 1301(a) absent payments from the Debtor and/or Co-Debtor. As such, the co-debtor stay should be lifted pursuant to 11 U.S.C. § 1301(c)(3), and Movant should be permitted to proceed against the Co-Debtor.

11. Accordingly, grounds exist to vacate the stay in Debtor's case and Movant therefore requests that the co-debtor stay imposed under 11 U.S.C. § 1301(a) of the Bankruptcy Code be modified and terminated for cause to permit Movant to pursue its rights against the Co-Debtor under the Mortgage and applicable law, including without limitation, the commencement and consummation of a foreclosure action and/or eviction proceeding.

12. Movant respectfully requests reasonable attorney fees in the amount of $1,050.00 and costs in the amount of $188.00.

**WHEREFORE**, Movant respectfully requests an Order of this Court vacating the automatic stay and for such other, further and additional relief as to this Court may deem just, proper and equitable.

Dated: August 21, 2023

By: /s/ Lauren Moyer

Lauren Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Blondell G. Turner, Robert O. Turner<br>Debtor<br>Blondell G. Turner<br>Co-Debtor<br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust<br>v.<br><br>Blondell G. Turner, Robert O. Turner<br>Scott F. Waterman - Bankruptcy Trustee<br>Respondents | CASE NO.: 23-10467-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan<br><br>Hearing Date:<br>September 13, 2023 at 11:00 AM<br>Objection Deadline:<br>September 5, 2023 |

**DECLARATION IN SUPPORT OF MOTION
FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

I, __Angela K. Viale__, certify the following to be true under penalty of perjury:

1. I am employed as a _Bankruptcy Asset Manager_ for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust (the "Movant") and am authorized to execute this declaration on behalf of Movant. This declaration is offered in support of the Motion for Relief from the Automatic Stay annexed hereto.

2. In my capacity as _Bankruptcy Asset Manager_, I have access to Movant's business records, including the business records for and relating to the loan of the Debtors, Blondell G. Turner and Robert O. Turner, secured by the real property known as 2632 Lamott Avenue, Willow Grove, PA 19090 (the "Property"). The facts stated in this declaration are based upon information that I have obtained by reviewing records maintained in the ordinary course of business, as part of regularly conducted business activity, by or from information transmitted by person(s) with knowledge of the events described therein, at or near the time of the event described.

3. According to business records, Robert Turner executed and delivered a Note dated

March 9, 2007, in favor of Wilmington Finance Inc. (the "Original Lender"), in the original principal amount of $222,500.00. The Note is secured by a Mortgage executed and delivered by the Mortgage Electronic Registration Systems, Inc. as nominee for Wilmington Finance Inc. to Original Lender.

4. As of August 2, 2023, the total obligations to Movant less any partial payment and suspense balance is $294,882.00.

5. As of August 2, 2023, the Debtor is post-petition due for June 1, 2023. The post-petition default is broken down as follows:

| Monthly payments due | Amount |
|---|---|
| June 1, 2023 through August 1, 2023 (3 monthly payments of $1,900.33 each month) | $5,700.99 |
| Debtor's suspense | $98.01 |
| Accrued Late Charges | $331.25 |
| Filing Cost for Motion for Relief | $1,050.00 |
| Attorney's fees for Motion for Relief | $188.00 |
| TOTAL | $7,172.23 |

**Post-Petition Payment Breakdown**

6. The total amount of post-petition arrearage/delinquency is $7,172.23. The next post-petition payment will become due on September 1, 2023 in the amount of $1,900.33.

7. I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Executed this __18__ day of __August__, 2023

_Angela K Viale_
Signature

Name
Angela K. Viale
Bankruptcy Asset Manager
Title